IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ABDULLAH ABDUS-SABIR, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CV 95-P-1843-S |
| COMMISSIONER RON JONES; CORRECTIONAL MEDICAL SERVICES, INC.; WARDEN JOHN NAGLE; QUESTCARE, INC.; DR. LYRENE; MYRA SALTER; ROY HIGHTOWER; DR. COOKSEY; JANE LAWRENCE; NURSE CASH; NURSE ARTHUR; and MELISSA WALLACE, | ) |
| Defendants. | ) |

FILED 97 FEB 26 PM 3: 19 U.S. DISTRICT COURT N.D. OF ALABAMA

ENTERED FEB 27 1997

MEMORANDUM OPINION

The magistrate judge filed his report and recommendation in the above-styled cause on January 28, 1997, recommending that the motions for summary judgment filed by the defendants be granted and that the plaintiff's action pursuant to 42 U.S.C. § 1983 be dismissed with prejudice. Plaintiff filed his objections to the report and recommendation on February 12, 1997, asserting that, in addition to the federal claims under § 1983, his amended complaint sets forth state tort law theories for relief. Having now carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation and the objections to it, the court is of the opinion that the report is

due to be and the same is hereby ADOPTED and the recommendation is ACCEPTED with the modification indicated herein.

Insofar as the plaintiff's objection argues that the magistrate judge failed to consider supplemental jurisdiction over state tort law claims, the court concludes that the dismissal of all federal claims militates against the court exercising supplemental jurisdiction to hear only state-law claims. Those state-law claims should be dismissed without prejudice in order to give the plaintiff an opportunity to prosecute them in state court if he so chooses. In all other respects, the court concurs with the magistrate judge's conclusion that the defendants are entitled to summary judgment as to all federal claims under 42 U.S.C. § 1983 and that those claims are due to be dismissed with prejudice. The court FINDS that there are no genuine issues of material fact with respect to the claims under 42 U.S.C. § 1983 and that the defendants are entitled to judgment as a matter of law. Consequently, the claims under 42 U.S.C. § 1983 are due to be dismissed.

By separate order, the court will grant the defendants' motion for summary judgment as to the federal claims and those claims will be dismissed with prejudice, and all state claims will be dismissed without prejudice.

DATED this 26 day of February, 1997.

CHIEF JUDGE